Nos. 24-6134/25-5111

**FILED**
Feb 14, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ENERGY AND POLICY INSTITUTE, ) | |
| ) | |
| Plaintiff - Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant - Appellee. ) | |

In Case No. 24-6134, the plaintiff appeals the district court's summary judgment for the defendant and dismissal of the underlying action brought under the Freedom of Information Act. In Case No. 25-5111, the plaintiff appeals the district court's order denying its motion for attorneys' fees and costs. The parties now jointly move to consolidate these two appeals for purposes of briefing and submission.

These appeals arise from the same district court record and contain common parties and issues. The joint motion to consolidate is thus GRANTED, and these matters are consolidated for purposes of briefing and submission.

Briefing in Case No. 24-6134 will be held in abeyance until such time as Case No. 25-5111 is ready for a briefing schedule. The clerk will then issue a consolidated briefing schedule.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk