**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| ENERGY & POLICY INSTITUTE,<br>*Plaintiff–Appellant*,<br>v.<br>TENNESSEE VALLEY AUTHORITY,<br>*Defendant–Appellee*. | 6th Cir. Nos. 24-6134, 25-5111<br>On Appeal from the United States District Court for the Eastern District of Tennessee<br>E.D. Tenn. No. 3:22-cv-00220 |

# Motion of Public Record Media Under FRAP 29(a)(3) for Leave to File an Initial-Consideration-of-a-Case-on-the-Merits *Amicus Curiae* Brief in Support of Plaintiff-Appellant

Movant Public Record Media respectfully seeks the Court's leave to file an *amicus curiae* brief in support of Plaintiff-Appellant Energy Policy Institute (EPI) in this consolidated appeal. EPI's appeal raises important questions about the Freedom of Information Act (FOIA) and the Act's fee-award provision under 5 U.S.C. §552(a)(4)(E). As the district court noted below, the Sixth Circuit has "not yet ruled … on the relationship between" §552(a)(4)(E)'s present text and a key 2001 Supreme Court decision bearing upon all fee-award provisions. *See EPI v. TVA*, No. 3:22-CV-220-TAV-DCP, 2025 U.S. Dist. LEXIS 20672, *3 (E.D. Tenn. Feb. 5, 2025). The Sixth Circuit likewise has not yet addressed two more recent Supreme Court decisions prescribing vital rules for construing both FOIA and fee-award provisions. *See, e.g., FMI v. Argus Leader Media*, 588 U.S. 427 (2019) (FOIA case); *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545 (2014).

Public Record Media (PRM) is an "entit[y] with particular expertise" when it comes to FOIA. *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.). PRM is a non-partisan, nonprofit grassroots organization whose FOIA requests have benefited the public through the disclosure of hundreds-of-thousands of pages of records, bringing to light many previously unknown government positions. PRM regularly pursues administrative and legal proceedings to enforce FOIA and received FOIA fee awards on multiple occasions through negotiated settlements or court-ordered relief. Based on this experience and PRM's detailed understanding of FOIA law, PRM respectfully submits that its amicus brief "will help the [C]ourt toward [the] right answers" here. *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999).

PRM sought the parties' consent before filing this motion. Appellant Energy & Policy Institute consented. Appellee TVA did not.

Respectfully submitted,

Dated: April 9, 2025

**SUBBARAMAN PLLC**

By: /s/Mahesha P. Subbaraman

SUBBARAMAN PLLC
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
(612) 315-9210
mps@subblaw.com

*Counsel for Public Record Media*

## CERTIFICATE OF COMPLIANCE

Counsel certifies under Fed. R. App. P. 32(g) that the foregoing motion meets the formatting and type-volume requirements set under Fed. R. App. P. 27(d) and Fed. R. App. P. 32(a). The motion is printed in 14-point, proportionately-spaced typeface utilizing Microsoft Word 2010 and contains **294 words**, including headings, footnotes, and quotations, and excluding all items identified under Fed. R. App. P. 32(f).

Dated: April 9, 2025

**SUBBARAMAN PLLC**

By: /s/Mahesha P. Subbaraman

Mahesha P. Subbaraman
SUBBARAMAN PLLC
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
(612) 315-9210
mps@subblaw.com

*Counsel for Public Record Media*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF System, which will send notice of such filing to counsel for all parties to this case. I further certify that counsel for all parties to this case are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated: April 9, 2025

**SUBBARAMAN PLLC**

By: /s/Mahesha P. Subbaraman

Mahesha P. Subbaraman
SUBBARAMAN PLLC
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
(612) 315-9210
mps@subblaw.com

*Counsel for Public Record Media*